UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
CLERK, U.S. DISTRICT COURT
8/12/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___EEE___ DEPUTY

IN RE: PROCTER & GAMBLE AEROSOL
PRODUCTS MARKETING AND SALES PRACTICES
LITIGATION

MDL No. 3025

Donnel Kendall et al v. The Procter and Gamble Company
(SEE ATTACHED SCHEDULE)

2:22-cv-05160-FLA-GJS

CONDITIONAL TRANSFER ORDER (CTO −3)

On April 7, 2022, the Panel transferred 8 civil action(s) to the United States District Court for the Southern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2022). Since that time, 10 additional action(s) have been transferred to the Southern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Michael H. Watson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Ohio and assigned to Judge Watson.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Ohio for the reasons stated in the order of April 7, 2022, and, with the consent of that court, assigned to the Honorable Michael H. Watson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 10, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I certify that this is a true and correct copy of the original filed in my office on AUGUST 11, 2022.
Richard W. Nagel, Clerk
By: ___
Date: AUGUST 11, 2022

IN RE: PROCTER & GAMBLE AEROSOL
PRODUCTS MARKETING AND SALES PRACTICES
LITIGATION

MDL No. 3025

### SCHEDULE CTO−3 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 22−05160 | Donnel Kendall et al v. The Procter and Gamble Company |